STATE OF CONNECTICUT *v.* BENJAMIN CAMPFIELD

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 6 (AC 11386), is denied.

*Erskine D. McIntosh*, in support of the petition.

*James D. Ralls*, assistant state's attorney, in opposition.

Decided March 27, 1997